UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY HILTON, et al.,

        Plaintiffs,

                                     File No: 1:20-CV-1002

v.

                                     HON. ROBERT J. JONKER

ANN MEISCH,

        Defendant.
_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court was advised by plaintiffs' counsel's office on November 30, 2020, that the parties have reached a settlement.

Accordingly, closing documents shall be filed no later than **December 28, 2020**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

The Rule 16 Scheduling Conference set for December 7, 2020, is adjourned.

Date:   December 1, 2020           /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   CHIEF UNITED STATES DISTRICT JUDGE